UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIANHAI LACE USA, INC.,

                      Plaintiff,                      23-CV-6597 (DLC)

       -against-                      **ORDER RESCHEDULING**
                                                               **SETTLEMENT CONFERENCE**

ZARA USA, INC., et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter scheduled for Wednesday, July 31, 2024 at 2:00 p.m. **is hereby rescheduled for Thursday, August 22, 2024 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **August 15, 2024.**

      SO ORDERED.

DATED:    New York, New York
               July 12, 2024

                                                                           _____
                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge